# EXHIBIT B



**Shopping Cart**
0 item(s) - $0.00

Search

Welcome visitor you can **login** or **create an account**.

Home | Specials | Resources | About Us | Contact Us | My Account | Shopping Cart

| Categories | Home » Light Bulbs » Tube Replacements |
|---|---|

**Display:** List **/ Grid**   **Sort By:** Default   **Show:** 20

- Automotive / Marine LED
- Desk Lamps
- Down / Recessed Lights
- Flashlights
- Garden Supplies
- High Bay Fixtures
- Landscape
- LED Strips / Modules
- **Light Bulbs**
  - AR111
  - Bayonet Base
  - E12 Candelabra Base
  - E17 Intermediate Base
  - E26/27 Medium Screw Base
  - E40 Mogul Base
  - Festoon Base
  - G24 Base
  - G4 Base
  - G9 Base
  - GU10 Base
  - Low Voltage Bulbs
  - MR11 GU4 Bi-Pin
  - MR16 GU5.3 Bi-Pin
  - PAR16
  - PAR20
  - PAR30
  - PAR38
  - PAR56
  - **Tube Replacements**
  - Wedge Base
- Outdoor Light Fixtures
- Panel Lights
- Power Supplies
- Seasonal Lights
- Specialty Lights
- Street Lights
- Ultra Violet (UV)
- CLEARANCE



**UL Listed T8 20 Watt 4-foot T8 T10 T12 LED Tube 45W Fluorescent Replacement**  **$28.00**   Add to Cart
#1920
..

**4 Foot LED Replacement Tube 20 Watt UL Listed T8 2835 SMD**  **$23.00**   Add to Cart
#1923
..

**4-Foot 18-Watt LED Replacement T8 Tube with Plastic Housing UL-Recognized**  **$21.50**   Add to Cart
#1924
   &n..

**4-foot 20 Watt LED Tube T8 T10 T12 45W Fluorescent Replacement**  **$34.00**   Add to Cart
#1943
Product Features LED replacement for 48" fluorescent tube Comparable to 45W traditional tube..

**10 Watt 2-foot LED Tube Fluorescent Replacement Light 20W UL Approved**  **$24.00**   Add to Cart
#1947
Product Features 24" fluorescent tube LED UL listed replacement bulb. High efficiency, 10 Wa..

**2-foot 10 Watt LED Bulb T8 Fluorescent Tube Replacement**  **$22.00**   Add to Cart
#1946
Product Features 24" fluorescent tube LED replacement bulb. High efficiency, 10 Watts consum..







**UL Listed T8 38-Watt 8-Foot T8 T10 T12 LED Tube 60W Fluorescent Replacement, Package of 4**   $300.00   Add to Cart
#1922
Product Features 8-ft fluorescent tube LED UL listed replacement bulb. High efficiency, 38 w..



**Non-Shunted T8 Lamp holder tombstone for LED fluorescent tube replacements**   $1.50   Add to Cart
#1919
Use these non-shunted tombstone lamp holders with our LED fluorescent tube replacements that are pow..



**16 Watt 4-foot T8 T10 T12 LED Tube Fluorescent Replacement UL & DLC**   $42.00 $30.00   Add to Cart
#1921
Product Features 48" LED fluorescent tube replacement bulb. UL & DLC certified. High eff..

Showing 1 to 9 of 9 (1 Pages)

Need help finding an item? 30 Day Return Policy Click here for Contact Us Contact Us information.

| Customer Service | Extras | My Account | | |
|---|---|---|---|---|
| Contact Us | Gift Vouchers | My Account | NEWS      | |
| Returns | Affiliates | Order History | | |
| Site Map | Specials | Newsletter | Sign Up Now | |
| | | | For Exclusive Offers and Newsletters. | |

   

Terms & Conditions | Privacy Policy          LEDwholesalers.com © 2015